# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**BMO HARRIS BANK NA**                                    **PLAINTIFF**

v.                          **No. 3:19-cv-31-DPM**

**RICHARD LONG and JUDY LONG,**
**Individual Residents and Citizens**
**of Arkansas**                                          **DEFENDANTS**

## ORDER

BMO Harris Bank's motion for expedited discovery, № 7, is partly granted and partly denied. FED. R. CIV. P. 26(d)(1). The Bank may serve the five proposed interrogatories, № 8-1, now, and Richard Long must respond in due course. The Court does not authorize a deposition at this point.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2019