# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BMO HARRIS BANK NA**                                                                 **PLAINTIFF**

v.                              No. 3:19-cv-31-DPM

**RICHARD LONG and JUDY LONG**                                      **DEFENDANTS**

## JUDGMENT

1. BMO Harris Bank N.A.'s claims against Judy Long are dismissed without prejudice.

2. Richard Long must stop using the two trailers and surrender them immediately to BMO Harris Bank N.A. When and if the bank gets possession of the trailers, it must sell them and reduce Long's debt by the sale proceeds.

3. BMO Harris shall have judgment against Richard Long for $561,395.67. Postjudgment interest will accrue at 1.57% per annum from today's date until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b). Any motion for attorney's fees, expenses, and costs is due by 10 January 2020. 28 U.S.C. § 1920; FED. R. CIV. P. 54(d).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2019